UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Flett, Lurissa Jo | Docket No. | 0980 2:23CR00103-SAB-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lurissa Jo Flett, who was placed under pretrial release supervision by the Honorable James A. Goeke sitting in the court at Spokane, Washington, on the 19th day of March 2024 under the following conditions:

**Condition #11:** Defendant shall immediately enter into and successfully complete an inpatient treatment program at the inpatient facility at ABHS. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Lurissa Jo Flett is alleged to have violated the conditions of pretrial release supervision by aborting inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) on March 23, 2024.

On March 22, 2024, Ms. Flett was released from custody to enter into inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) in Spokane, Washington.

On March 23, 2024, a supervisor from ABHS left a voicemail message stating Ms. Flett aborted inpatient substance abuse treatment. The supervisor further advised Ms. Flett left the ABHS facility through a back door, leaving all of her personal belongings behind.

Currently, Ms. Flett's whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 25, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Flett,, Lurissa Jo
March 25, 2024
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/25/24
_____
Date